# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD LEGOS,** | : | No. 3:16cv1917 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **TRAVELERS CASUALTY COMPANY OF CONNECTICUT,** | : | |
| | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 19th day of December 2016, Defendant Travelers Casualty Company of Connecticut's motion to dismiss plaintiff's complaint (Doc. 3) is **DENIED**.

BY THE COURT:

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**