**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RONALD LEGOS, | : | No. 3:16cv1917 |
| Plaintiff | : | |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| TRAVELERS CASUALTY | : | |
| COMPANY OF CONNECTICUT | : | |
| ONE OF THE TRAVELERS | : | |
| INSURANCE COMPANIES | : | |
| | : | |
| and | : | |
| | : | |
| TRAVELERS CASUALTY | : | |
| COMPANY OF CONNECTICUT | : | |
| ONE OF THE TRAVELERS | : | |
| INSURANCE COMPANIES, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 11th day of October 2018, it is hereby **ORDERED** that the Defendants' motion for summary judgment (Doc. 33) is **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**